RECEIVED
IN ALEXANDRIA, LA.

NOV 17 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ARNOLD P. MCCALLON, JR.<br>(DOC #363764)<br>VERSUS<br>12TH JUDICIAL DISTRICT, ET AL. | DOCKET NO. 09-CV-468; SEC. P<br><br>JUDGE JAMES T. TRIMBLE, JR.<br><br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** to being asserted again until the Heck conditions are met.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 17th day of November, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE